# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

**CASE NO.: 19-11702-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

IN RE:

DOMINIC ST-CLAIR FERDINAND
XXX-XX-1221
AHSAKI KAFI FERDINAND
XXX-XX-0543

<u>DEBTORS</u>_____/

## TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
## AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing.

The Trustee respectfully moves this Court for an Order Compelling Debtors to provide proper Address for Creditor and states as follows:

1. The Debtors filed a voluntary petition on **February 7, 2019**.

2. The Debtors' scheduled Creditor's Address or Proof of Claim is **CITIMORTGAGE, INC, POB 688971, DES MOINES, IA 50368-8971**.

3. The Debtors included Payments to Creditor in the Confirmed Chapter 13 Plan.

4. The Trustee disbursed payments to Creditor pursuant to the Confirmed Chapter 13 Plan, which was returned to the Trustee.

5. Immediately thereafter, the Trustee requested, by letter, Debtors' Attorney provide a proper address for Creditor.

6. To date, Debtors' Attorney failed to respond to and comply with the Trustee's request for proper address.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order Compelling Debtors to provide proper Address for Creditor by a date certain, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of April, 2020.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
DOMINIC ST-CLAIR FERDINAND
AHSAKI KAFI FERDINAND
3479 NW 110 TERR
CORAL SPRINGS, FL  33065

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 210
CORAL SPRINGS, FL  33071

**CREDITOR**
CITIMORTGAGE, INC
POB 688971
DES MOINES, IA  50368-8971